UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -　　　　　　　　　　　　20 Cr. 686 (JGK)

VICENTE ESTEVEZ,　　　　　　　　　　　ORDER

              Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's August 5, 2021 application for bail by August 10, 2021.

SO ORDERED.

Dated:　　New York, New York
　　　　　August 5, 2021

                              John G. Koeltl
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/5/21