UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA                    20 Cr. 686 (JGK)

   - against -                              ORDER

VICENTE ESTEVEZ,

                       Defendant.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL**, District Judge:

    If possible, the Government should submit a response to the defendant's August 5, 2021 application for bail by 7:00 p.m. on August 9, 2021 rather than August 10, 2021.

**SO ORDERED.**

Dated:    New York, New York
            August 9, 2021

                                           John G. Koeltl
                                   United States District Judge