**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0080**
**Thomasdunnlaw@aol.com**

**By ECF**                                                                 September 1, 2021

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: <u>United States v. Vicente Esteves</u>,
           20 Cr. 686 (JGK)

Dear Judge Koeltl:

    I represent Vicente Esteves pursuant to the Criminal Justice Act in the above captioned case. I received this assignment in December, 2020. I write to request permission to file interim vouchers in this case. The discovery is extensive.

    I make this request based on the hours expended to date in discovery review, the expected future hours of review, conferences with my client and the expected length of the case.

    Thank you for your consideration of this request.

                                             Respectfully yours,
                                             /s/
                                           Thomas F.X. Dunn

```
Application granted.
SO ORDERED.

September 2, 2021    /s/ John G. Koeltl
New York, NY         John G. Koeltl, U.S.D.J.
```