UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                             20 cr 686-05 (JGK)

VICENTE ESTEVEZ,
                    Defendant.
-----------------------------------------------------------X

       It is hereby ordered that Avaraham C. Moskowitz, be appointed as counsel for the defendant, Vicenten Estevez, for all purposes, replacing Thomas F.X. Dunn, Esq.

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 5, 2021