March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

Camejo, et al,

20-CR-686(JGK) (   )

Defendant(s).
-----------------------------------------------------------------X

Defendant  Vicente Esteves  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

V. Esteves / by acm
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

A. Moskowitz
Defense Counsel's Signature

Vicente Esteves
Print Defendant's Name

Avraham C. Moskowitz
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/2/21
Date

[signature]
U.S. District Judge/U.S. Magistrate Judge