March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  **CONSENT TO PROCEED BY**
                                  **TELECONFERENCE**

-v-

20-CR-686 (JGK) (KPH)

VINCENTE ESTEVEZ   Defendant(s).
----------------------------------------------------------------X

Defendant VINCENTE ESTEVES _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

VINCENTE ESTEVES
Print Defendant's Name

A. Moskowitz /crn
Defense Counsel's Signature

AVRAHAM C. MOSKOWITZ
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

1/20/22
Date

_____
U.S. District Judge/~~U.S. Magistrate~~ Judge