Case 1:20-cr-00686-JGK  Document 114  Filed 06/13/22  Page 1 of 1
Case 1:20-cr-00686-JGK  Document 115  Filed 06/15/22  Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 13, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED.
SO ORDERED.
/s/ John G. Koeltl
6/15/22   USDJ

Re:  **United States v. Vicente Esteves et al., 20 Cr. 686 (JGK)**

Dear Judge Koeltl:

The Government respectfully submits this letter to request a one-week adjournment of the pretrial deadlines on June 17 and June 24, because multiple members of the prosecution team have recently been out of the office for health reasons. Trial is scheduled for July 25, 2022. Counsel for defendants Vicente Esteves and Alexander Almonte-Macea consent and the Government was not able to reach counsel for Luis Gonzalez-Maldonado before filing this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Jun Xiang
Jun Xiang / Ashley Nicolas / Frank J. Balsamello
Assistant United States Attorneys
(212) 637-2289 / -2467 / -2325

**CC (By ECF)**
All Counsel of Record