UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

          v.                                              20 Cr. 686 (JGK)

VICENTE ESTEVES,

                Defendant.
-----------------------------------------------------------x

Upon the application of Vicente Esteves, by his attorney, Eylan Schulman, it is hereby Ordered that the Metropolitan Detention Center/ Bureau of Prisons (MDC/BOP) is directed to accept the following clothing for VICENTE ESTEVES, 30033-050, to wear at his trial, commencing with jury selection on Monday, July 25, 2022, and continuing for two weeks to completion:

- 2 pairs of pants
- 3 collared shirts
- 2 sweaters
- 1 belt
- 3 pairs of socks
- 3 sets of underwear (3 briefs and 3 undershirts)
- 1 pair of shoes

Dated: July 18, 2022
New York, New York

                                                              So Ordered:

                                                              Hon. John Koeltl
                                                              United States District Judge