UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

UNITED STATES OF AMERICA,

       - against -              20-cr-686 (JGK)

VICENTE ESTEVES,              ORDER

            Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court will accommodate the parties' schedules. The Court could do jury selection on Monday, July 25 and begin opening statements and testimony no earlier than July 26. The Court will also not sit on Friday afternoon, July 29. The parties can advise the Court promptly by letter, email, or through Mr. Fletcher whether this schedule is convenient for the parties.

SO ORDERED.

Dated:    New York, New York
           July 22, 2022

                                      John G. Koeltl
                                  United States District Judge

1