```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

UNITED STATES OF AMERICA,

       - against -　　　　　　　　　　20-cr-686 (JGK)

VICENTE ESTEVES,　　　　　　　　　ORDER

            Defendant.

―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

At the request of the parties, the trial is adjourned to Tuesday, July 26, 2022, at 9:00 a.m. in Courtroom 14A. Jury selection will occur in Courtroom 23A. Because the adjournment is due to the unavailability of one of the witnesses, the Court prospectively excludes time from today, July 22, 2022, to July 26, 2022, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:　　New York, New York
　　　　　July 22, 2022

                                            _____
                                            John G. Koeltl
                                       United States District Judge