

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Vicente Esteves, S1 20 Cr. 686 (JGK)**

Dear Judge Koeltl:

    The Government writes to request a brief adjournment of the sentencing of Vicente Esteves, currently scheduled for November 17, 2022, as well as the sentencing submissions. The undersigned will be unavailable on November 17, and is also anticipated to be on trial the preceding week. The Government proposes instead the following schedule:

| | |
|---|---|
| Defense Submission | December 2, 2022 |
| Government Submission | December 8, 2022 |
| Sentencing | Week of December 12 or 19, 2022 |

The defense consents.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                           by:    /s/ Jun Xiang
                               Jun Xiang / Ashley Nicolas / Frank J. Balsamello
                               Assistant United States Attorneys
                               (212) 637-2289 / -2467 / -2325

**CC (By ECF)**
All Counsel of Record

*[Handwritten:]* THE COURT APPROVES THE SUBMISSION SCHEDULE PROPOSED BY THE PARTIES. SENTENCING ADJOURNED TO TUESDAY, DECEMBER 20, 2022, AT 12:00PM.

SO ORDERED.
9/27/22
/s/ John G. Koeltl
USDJ