UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                  20 cr 686 (JGK)

VICENTE ESTEVEZ,                              **ORDER**

                   Defendant.
-------------------------------------------------------------X

The defendant, Vicente Estevez, who was sentenced in the above action, shall pay a special assessment of $100, which shall be due immediately.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 24, 2023